FANNIE KULOK, Individually and as Administratrix, etc., of DAVID KULOK, Deceased, Respondent, v. MORRIS KULOK and SAMUEL KULOK, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be

fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.